David Lester CASEY; Wendy Casey, Plaintiffs–Appellants,

v.

VANDERLANDE INDUSTRIES, INC.; et al, Defendants,

Williams Union Boiler, A Division of Williams Power Corporation; Cives Steel Company, also known as Cives Corporation, Defendants–Appellees.

Nos. 05–6654, 05–6655.

United States Court of Appeals, Sixth Circuit.

Oct. 5, 2006.

Before: NORRIS, COLE, and COOK, Circuit Judges.

PER CURIAM.

David and Wendy Casey appeal the district court's order granting summary judgment for Williams Union Boiler and Cives Steel Company. The panel having reviewed the record and the applicable law, and having the benefit of oral argument and the parties' briefs, we determine that no jurisprudential purpose would be served by a panel opinion and affirm the district court's decision for the reasons stated in that court's opinion.